IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LINKA TRAIL, <br><br> Plaintiff, <br><br> v. <br><br> DAVID S. CRESSELL, <br><br> Defendant. | Civil Action No. 7:19CV00191 <br><br> **ORDER** <br><br> By: Hon. Glen E. Conrad <br> Senior United States District Judge |

Plaintiff filed her complaint on February 22, 2019 bringing one claim under 42 U.S.C. § 1983 and one state law claim of malicious prosecution. This matter is before the court on plaintiff's motion for leave to amend her complaint under Federal Rule of Civil Procedure 15(a)(2). Plaintiff represents that defendant does not oppose the motion. Accordingly, it is hereby

**ORDERED**

that plaintiff's motion, ECF No. 10, is **GRANTED**.

The Clerk is directed to send copies of this order to all counsel of record. DATED: This 3rd day of April, 2020.

_____
Senior United States District Judge